No. D–2165. In re Disbarment of Tamer. David Ferris Tamer, of Winston-Salem, N. C., is suspended from the practice

of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.